STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LEVERTIS WOOLFOLK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13 00189 YGR |
| Plaintiff, | [PROPOSED] ORDER REFERRING MATTER TO MAGISTRATE FOR CHANGE OF PLEA |
| vs. | |
| LEVERTIS WOOLFOLK , | |
| Defendant. | |

Levertis Woolfolk intends to change his plea under the terms of a Rule 11(C)(1)(c) plea agreement. IT IS THEREFORE STIPULATED AND AGREED that the Court may enter the following order referring the matter to Magistrate Judge Donna M. Ryu.

/s/

Dated: 19 July 2013
_____
RODNEY VILLAZOR
Assistant United States Attorney

/s/

Dated: 19 July 2013
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

STIP/ORDER RE PLEA                                         1

With the agreement of the parties and with the consent of the defendant, the Court enters the following order:

Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Donna M. Ryu for a report and recommendation on the acceptance of the defendant's guilty plea to take place on 26 August 2013 at 9:30 a.m. Upon conducting such hearing, the Hon. Donna M. Ryu shall schedule the matter for consideration of her report and recommendation on acceptance of the guilty plea, and judgment and sentencing on 14 November 2013 at 2:00 p.m. in Courtroom 5 of this Court, Hon. Yvonne Gonzalez Rogers presiding.

**IT IS SO ORDERED.**

Dated: 24 June 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge