# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Levertis Woolfolk
Docket No.: 0971 4:13CR00189-001

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside for a period of up to 180 days, to commence at the direction of the probation officer, in a Residential Reentry Center, Halfway House, or similar residential facility and shall observe the rules of that facility.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at Atwater USP.

Signed: _____  Date: 7/29/20
Probationer or Supervised Releasee

Witness: _____  Date: 7/29/2020
BOP Case Manager